UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| WARD POLLOCK and DIANA WATSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO. 3:03-CV-863 RM |
| JAMES KALKA, SR., *et al.*, | ) ) | |
| Defendants. | ) ) | |

**ORDER**

On March 18, 2004, this Court issued a scheduling order establishing the deadlines for various matters in this case. Pursuant to the March 18, 2004 scheduling order, the discovery deadline in this case was December 31, 2004. This deadline was later extended to April 29, 2005. On June 1, 2005, the mediator in this case notified the court that Plaintiffs had reached a settlement with Defendant Chiphone Federal Credit Union ("Chiphone"). On July 14, 2005, Defendants Midwest Public Adjusting, Inc., James Kalka, Sr., and James Kalka, Jr. filed a motion to reopen discovery for the limited purpose of obtaining a copy of the settlement agreement reached between Plaintiffs and Co-Defendant Chiphone.

This matter is now set for an in-court hearing on **August 24, 2005** at **3:30 p.m. (South Bend time)** for the purposes of addressing Defendants' motion to reopen discovery. As Plaintiffs' counsel is not located in St. Joseph county, he may appear by telephone. If, at the time of the schedule conference, Plaintiffs' counsel will not be at the number listed on the docket sheet, counsel shall notify the court at (574)246-8100 of the number at which he can be reached.

**SO ORDERED.**

Dated this 3rd Day of August, 2005.

                                                            s/Christopher A. Nuechterlein
                                                            Christopher A. Nuechterlein
                                                            United States Magistrate Judge