UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| WARD POLLOCK and DIANA WATSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO. 3:03-CV-863 RM |
| JAMES KALKA, SR., *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On March 18, 2004, this Court issued a scheduling order establishing the deadlines for various matters in this case. Pursuant to the March 18, 2004 scheduling order, the discovery deadline in this case was December 31, 2004. This deadline was later extended to April 29, 2005. On June 1, 2005, the mediator in this case notified the court that Plaintiffs had reached a settlement with Defendant Chiphone Federal Credit Union ("Chiphone"). On July 14, 2005, Defendants Midwest Public Adjusting, Inc., James Kalka, Sr., and James Kalka, Jr. filed a motion to reopen discovery for the limited purpose of obtaining a copy of the settlement agreement reached between Plaintiffs and Co-Defendant Chiphone. This Court conducted an in-court hearing on Defendants' motion on August 24, 2005. For the reasons stated in open court, and as parties agreed that the information sought is discoverable under Fed. R. Civ. P. 26, Defendants' motion [Doc. No. 63] is **GRANTED**. Discovery is reopened for the sole purpose of obtaining a copy of the settlement agreement. This Court also **ORDERS** that Defense counsel not disclose the contents of the settlement agreement to anyone other than his clients.

**SO ORDERED.**

Dated this 25TH Day of August, 2005.

s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge